| | |
|---|---|
| 1 | LONNIE D. GIAMELA, SBN 228435 |
| | Email:  lgiamela@fisherphillips.com |
| 2 | LALONNIE V. GRAY, SBN 336999 |
| | Email:  lgray@fisherphillips.com |
| 3 | FISHER & PHILLIPS LLP |
| | 444 South Flower Street, Suite 1500 |
| 4 | Los Angeles, California 90071 |
| | Telephone: (213) 330-4500 |
| 5 | Facsimile: (213) 330-4501 |

Attorneys for Defendant
VF OUTDOOR, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANA VALENCIA, an individual, on behalf of all persons similarly situated on behalf of the State of California, as a private attorney general, and on behalf of all aggrieved employees,<br><br>               Plaintiff,<br><br>     v.<br><br>VF OUTDOOR, LLC, a California limited liability company, and DOES 1 to 50, inclusive,<br><br>               Defendants. | Case No.: 1:20-CV-01795-DAD-SKO<br><br>*[Originally filed in the Alameda County Superior Court, Case No. HG19032747; Transferred from Northern District Court, Case No.3:19-cv-07090-LB]*<br><br>**ORDER EXTENDING CLASS CERTIFICATION BRIEFING DEADLINES AND CONTINUING CLASS CERTIFICATION HEARING**<br><br>**(Doc. 69)**<br><br>Magistrate Judge Sheila K. Oberto<br><br>DATE: February 16, 2022<br>TIME: 9:30 a.m.<br>DEPT: 7<br><br>Complaint Filed:   August 27, 2019<br>Trial Date:            None set |

# **ORDER**

Upon consideration of parties' Joint Stipulation to Extend Class Certification Briefing Deadlines and Continue Class Certification Hearing (Doc. 69) and finding good cause herein, **IT IS HEREBY ORDERED THAT:**

The class certification briefing deadlines and hearing are hereby continued as follows:

1. Any opposition to the motion for class certification shall be filed by no later than January 31, 2021.
2. Any reply brief in support of the motion for class certification shall be filed by no later than February 14, 2022.
3. The motion for class certification shall be heard on March 2, 2022, at 9:30 a.m., before the Honorable Sheila K. Oberto, United States Magistrate Judge.

IT IS SO ORDERED.

Dated:   **January 11, 2022**         /s/ *Sheila K. Oberto*
                       UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
CERTIFICATE OF SERVICE

FP 42769847.1