# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

BRIANA VALENCIA,

Plaintiff,

v.

VF OUTDOOR, LLC,

Defendant.

Case No. 1:20-cv-01795-KES-EGC

**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**

(Doc. 127)

On September 16, 2026, the parties filed a joint stipulation dismissing the action with prejudice as to Plaintiff Briana Valencia's claims and without prejudice as to the class and PAGA claims. (Doc. 127 ). In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice as to Plaintiff Briana Valencia's claims and without prejudice as to the class and PAGA claims. Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **September 16, 2026**

Erin Sanz Castillo

UNITED STATES MAGISTRATE JUDGE